**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY CHIMAN,<br><br>          Plaintiff,<br><br>     v.<br><br>DENNY'S, INC.,<br><br>          Defendants. | Lead case no. 8:25-cv-2106-KES<br>[Consolidated with case no. 8:26-cv-00081]<br><br>**ORDER GRANTING STIPULATION TO REMAND CASES TO STATE COURT**<br><br>Complaint Filed in Orange Superior Court: August 15, 2025 |
| CRISTINA RAMIREZ,<br><br>          Plaintiff,<br><br>     v.<br><br>DENNY'S, INC.,<br><br>          Defendants. | Complaint Filed in San Diego Superior Court: August 13, 2025 |

CASE NO. 8:25-cv-2106 MRA
(KESx)

## ORDER

The Court, having read and considered the Stipulation to Remand Case to State Court filed by the Parties on March 10, 2026, and finding that good cause exists therefor, hereby GRANTS the Parties' stipulation and ORDERS as follows:

1. This consolidated action is hereby ordered remanded to the Superior Court of California for the County of San Diego for all purposes;

2. All future dates and deadlines in Federal Court case numbers 8:25-cv-2106-KES and 8:26-cv-00081-KES are hereby vacated; and

3. Each Party shall bear their own attorneys' fees and costs associated with this remand.

**IT IS SO ORDERED.**

DATED: March 11, 2026                    _____

KAREN E. SCOTT

UNITED STATES MAGISTRATE JUDGE

CASE NO. 8:25-cv-2106 MRA
(KESx)